UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

ROBERT STURM,

                               Plaintiff,

  -against-

PRIME CAPITAL VENTURES, LLC,

                              Defendant.

_____

Case No.: 1:23-cv-1033 (DNH/DJS)

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Robert Sturm, by and through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against the Defendant Prime Capital Ventures, LLC.  No party hereto is an infant or incompetent.

DATED: October 17, 2023
        Albany, New York

                                                 */s/ Christopher V. Fenlon*
                                                 Christopher V. Fenlon
                                                 **HINCKLEY, ALLEN & SNYDER LLP**
                                                 30 South Pearl Street, Suite 901
                                                 Albany, New York 12207
                                                 P: 518.936.3100
                                                 F: 518.396.3103
                                                 cfenlon@hinckleyallen.com

                                                 *Attorneys for Plaintiff Robert Sturm*